## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Civil Action No.* _____

DANIEL J. TRAVERS, an individual,

Plaintiff,

v.

JOHN ARCHER, an individual; and
GORDON TRUCKING, INC., a Washington corporation,

Defendants.

---

## DEFENDANT GORDON TRUCKING, INC.'S
## NOTICE OF REMOVAL

---

Defendant Gordon Trucking, Inc. ("GTI"), by and through undersigned counsel, pursuant to 28 U.S.C. §§1332, 1441 and 1446, seeks removal of Case No. 13CV32623 from the Denver County District Court, State of Colorado, to the United States District Court for the District of Colorado and in support thereof, states as follows:

1.      The above named civil action was filed in Denver County District Court, State of Colorado on June 10, 2013.  That civil action generally alleges negligent entrustment on the part of GTI relating to a motor vehicle accident that occurred on or about October 12, 2012 near the intersection of Stapleton Drive and North Monaco Street within the City and County of Denver.

2.      GTI received, through service of process, a copy of Plaintiff's Complaint on or about June 20, 2013.  *See* copy of the Complaint and Jury Demand served on GTI in this matter, attached hereto pursuant to 28 U.S.C. §1446(a) as Exhibit 1.

3.      Upon review of the Complaint, GTI has ascertained that the case is removable to this Court pursuant to 28 U.S.C. §1446.

4.      The within Notice of Removal is filed within thirty days of GTI being served with a pleading revealing that the underlying case is subject to removal consistent with 28 U.S.C. §1446.

5.      The United States District Court for the District of Colorado embraces the place where the state court action is currently pending.

6.      A Notification of Removal is being filed with the Denver County District Court and served on Plaintiff concurrently with the filing of the instant motion in accordance with 28 U.S.C. §1446(d).

7.      Defendant John Archer's Consent to Defendant Gordon Trucking, Inc.'s Notice of Removal is being filed with the Denver County District Court and served on Plaintiff concurrently with the filing of the instant motion.

**Diversity of Citizenship Jurisdiction**

8.      Paragraphs 1 through 7, *supra* are incorporated by reference as if set forth fully at length.

9.      Plaintiff's Complaint avers that GTI is a Washington corporation actively doing business in the State of Colorado.  *See* Exhibit 1 at ¶3.

10.     Upon information and belief Plaintiff is a resident of the City of Aurora, Arapahoe County, State of Colorado and was so both at the time of filing of the state court action and at the time of filing of the instant Notice.  *See* Exhibit 1 at ¶1.

11.     Defendant John Archer is citizen of the State of Indiana.  *See* Exhibit 1 at ¶2.

12.     At the time of filing of the Complaint with Denver County District Court and at the time of filing the instant motion, GTI was and is a corporation duly organized and incorporated under the laws of the State of Washington, with its principal place of business located at 151 Stewart Road, SW, Pacific, Washington 98047.  Accordingly, diversity of citizenship existed both at the time of filing in state court and at the time of filing the instant Notice.

13.     The amount in controversy exceeds the sum of $100,000.00 exclusive of interest and costs.  Plaintiff states in his signed District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint ("Civil Cover Sheet") that he is seeking a monetary judgment for more than $100,000.00 against Defendants including any attorneys fees, penalties and punitive damages but excluding interest and costs, as well as the value of any equitable relief sought.  *See* Exhibit 2 at ¶3.

14.      This action is removable to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§1332(a)(1) and 1441(a).

15.     This Notice of Removal is timely, having been filed within thirty days of receipt of Plaintiff's Complaint, through service of process, by GTI.

WHEREFORE, Defendant Gordon Trucking, Inc. requests that the underlying state court action pending in Denver County District Court, State of Colorado, be removed to this Honorable Court.

Dated this 18th day of July, 2013.

By:      *s/ Jonathan M. Abramson* _____
KISSINGER & FELLMAN, P.C.
Jonathan M. Abramson
3773 Cherry Creek North Drive, Suite 900
Denver, Colorado 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email: jonathan@kandf.com

*Attorney for Defendants John Archer and Gordon Trucking, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Chad P. Hemmat, Esq. [chad@andersonhemmat.com]
*ATTORNEY FOR PLAINTIFF*

Ethan A. McQuinn, Esq. [ethan@andersonhemmat.com]
*ATTORNEY FOR PLAINTIFF*

Jason G. Alleman, Esq. [jason@andersonhemmat.com]
*ATTORNEY FOR PLAINTIFF*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

**VIA U.S. MAIL, POSTAGE PREPAID**

Chad P. Hemmat, Esq.
Ethan A. McQuinn, Esq.
Jason G. Alleman, Esq.
Anderson, Hemmat & McQuinn, LLC
5613 DTC Parkway, Suite 150
Greenwood Village, CO 80111
*Attorneys for Plaintiff*

**VIA U.S. MAIL, POSTAGE PREPAID
   And ICCES**

Clerk of the Court
Denver County District Court
1437 Bannock Street
Denver, Colorado 80202

By:      ***s/ Jonathan M. Abramson***

Jonathan M. Abramson
KISSINGER & FELLMAN, P.C.
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:  jonathan@kandf.com

*Attorney for Defendants John Archer and Gordon Trucking, Inc.*